Julien GARCON, Petitioner–Appellant,

v.

Maureen CRUZ, Warden FCI Williamsburg, Respondent–Appellee.

No. 14–6400.

United States Court of Appeals, Fourth Circuit.

Submitted: July 28, 2014.

Decided: Aug. 6, 2014.

Julien Garcon, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julien Garcon, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garcon v. Cruz*, No. 6:14–cv–00072–RMG, 2014 WL 819467 (D.S.C. Feb. 28, 2014). We dispense with

---

oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*